# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

152047(68)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BARUCH SLS, INC.,
          Petitioner-Appellant,

v

TOWNSHIP OF TITTABAWASSEE,
          Respondent-Appellee.

SC: 152047
COA: 319953
Tax Tribunal:00-395010;
      00-415093

_____/

On order of the Chief Justice, the motion of Chelsea Health & Wellness Foundation, d/b/a Five Healthy Towns Foundation, to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief submitted on June 3, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016



Clerk